UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-382-H

| | |
|---|---|
| NOURHAN ALI-MANSOUR REINSBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF COMMERCE AND NORTH CAROLINA ) | |
| INDUSTRIAL COMMISSION, ) | |
| ) | |
| Defendants. ) | |

This post-judgment matter is before the Court on Plaintiff's Motion to Compel Post-Judgment Discovery [DE-38]. The Court heard the parties on July 6, 2010, and issued an oral order granting Plaintiff's motion to compel in part. The Court now memorializes its ruling as follows: Plaintiff's motion to compel is **GRANTED** only as to the banking information of the North Carolina Industrial Commission. Plaintiff's request for sanctions is **DENIED** with leave to resubmit his request if the Defendant fails to promptly and in good faith attempt to comply with this Court's order.

This the 12th day of July, 2010.

_____
DAVID W. DANIEL
United States Magistrate Judge